UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
- - - - - -

UNITED STATES OF AMERICA,

        Plaintiff,                  Case No. 1:25-mj-274

v.

DEQUON DARVECE HARDIMON,

        Defendant.

_____/

## NOTICE OF APPEARANCE

The undersigned counsel enters their appearance for the United States of America in the above action.

Respectfully submitted,

ANDREW B. BIRGE
Acting United States Attorney

Dated:   May 19, 2025

CHRISTOPHER M. O'CONNOR
Assistant United States Attorney
P.O. Box 208
Grand Rapids, MI   49501-0208
(616) 456-2404
christopher.oconnor@usdoj.gov